**No. 11-6843. Shawn Rice, Petitioner v. United States.**

565 U.S. 1042, 132 S. Ct. 594, 181 L. Ed. 2d 436, 2011 U.S. LEXIS 8123.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-6844. Nathaniel Jonathan Smith, Petitioner v. United States.**

565 U.S. 1042, 132 S. Ct. 594, 181 L. Ed. 2d 436, 2011 U.S. LEXIS 8183.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 645 F.3d 998.

**No. 11-6846. Michael J. Modena, Petitioner v. United States.**

565 U.S. 1043, 132 S. Ct. 594, 181 L. Ed. 2d 436, 2011 U.S. LEXIS 8264.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 430 Fed. Appx. 444.

**No. 11-6853. Latchmie Narayan Toolasprashad, Petitioner v. United States.**

565 U.S. 1043, 132 S. Ct. 594, 181 L. Ed. 2d 436, 2011 U.S. LEXIS 8164.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 430 Fed. Appx. 240.

**No. 11-6855. Lavan Maurice Walker, Petitioner v. United States.**

565 U.S. 1043, 132 S. Ct. 595, 181 L. Ed. 2d 436, 2011 U.S. LEXIS 8147.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-6856. Daniel Watlington, Petitioner v. United States.**

565 U.S. 1043, 132 S. Ct. 595, 181 L. Ed. 2d 436, 2011 U.S. LEXIS 8097.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 427 Fed. Appx. 279.

**No. 11-6859. David Velasco-Castaneda, Petitioner v. United States.**

565 U.S. 1043, 132 S. Ct. 595, 181 L. Ed. 2d 436, 2011 U.S. LEXIS 8126.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 442 Fed. Appx. 316.

**No. 11-6860. Emiliano Ramirez-Garcia, Petitioner v. United States.**

565 U.S. 1043, 132 S. Ct. 595, 181 L. Ed. 2d 436, 2011 U.S. LEXIS 8271.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 646 F.3d 778.